B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

__Eastern__ District Of __Texas__

In re __Erica Seleste Lequet__ )   Case No. __22-10069__
     Debtor )
)   Chapter __7__
__Erica Seleste Lequet__ )
     Plaintiff )
)
)   Adv. Proc. No. __22-1002__
__Kevin + Dana Waldrep,__ )
__aka Perdlaw llc__ )
     Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING   (Kevin Waldrep)

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of the clerk:   U. S. Bankruptcy Court
300 Willow Street, Suite 100
Beaumont, TX 77701

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:   Erica Seleste Lequet, Pro Se
719 North 14th Street
Nederland, TX 77627

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



/S/ Jason McDonald

Date: 06/09/2022

B2500A (Form 2500A) (12/15)

# CERTIFICATE OF SERVICE

I, _Enica Seleste Leguet_ (name), certify that service of this summons and a copy of the complaint was made _6-9-2022_ (date) by:

- ☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

- ☐ Personal Service: By leaving the process with the defendant or with an officer or agent of defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

- ☐ Publication: The defendant was served as follows: [Describe briefly]

- ☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _6-9-2022_   Signature _Erica Seleste Leguet_

Print Name: _Enica Seleste Leguet_

Business Address: _719 W 14th St._
_Nederland, TX 77627_